IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADYE HENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-02043-DLF |
| ) | |
| WASHINGTON REGIONAL ) | |
| ASSOCIATION OF GRANTMAKERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>JOINT STIPULATION OF DISMISSAL OF INDIVIDUALLY NAMED DEFENDANTS</u>**

Defendants Nicola Goren ("Goren"), Kelly Lynch ("Lynch"), Hanh Le ("Le") and Gretchen Greiner-Lott ("Greiner-Lott") (collectively "Individually Named Defendants") and Plaintiff Madye Henson ("Plaintiff"), (collectively the "Parties"), by their undersigned attorneys, an in accordance with Rule 41 of the Federal Rules of Civil Procedure, hereby submit this Joint Stipulation of Dismissal. Plaintiff and the Individually Named Defendants stipulate to the voluntary dismissal of the claims filed against the Individually Named Defendants in their entirety, with prejudice, and each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that the Court dismiss all claims filed against the Individually Named Defendants with prejudice.

A proposed Order is attached hereto.


Dated: June 23, 2021                         Respectfully submitted,

By: /s/ Derek S. Sells*
Derek S. Sells (DC Bar No. 420398)
Tracey L. Brown (DC Bar No. 450898)
**THE COCHRAN FIRM**
55 Broadway, 23rd Floor
New York, NY 10006
Phone: (212) 553-9215
Fax:    (212) 227-8763
Dsells@cochranfirm.com
Tbrown@cochranfirm.com

*Counsel for Plaintiff Madye Henson*

*\*Signed by Janea J. Hawkins*
 *with permission of Derek S. Sells*

By: /s/ *Janea J. Hawkins*
John M. Remy (DC Bar No. 461244)
Janea J. Hawkins (DC Bar No. 1025600)
**JACKSON LEWIS P.C.**
10701 Parkridge Blvd., Suite 300
Reston, VA  20191
Phone: (703) 483-8300
Fax:    (703) 483-8301
John.Remy@jacksonlewis.com
Janea.Hawkins@jacksonlewis.com

*Counsel for Defendants Washington Regional Association of Grantmakers, Nicola Goren, Kelly Lynch, Hanh Le, and Gretchen Greiner-Lott*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2021, a true and correct copy of the foregoing *Joint Stipulation* was electronically served on:

Derek S. Sells, Esq. (DC Bar No. 420398)
Tracey L. Brown, Esq. (DC Bar No. 450898)
**THE COCHRAN FIRM**
55 Broadway, 23rd Floor
New York, NY 10006
Phone: (212) 553-9215
Fax: (212) 227-8763
Dsells@cochranfirm.com
Tbrown@cochranfirm.com

*Counsel for Plaintiff Madye Henson*

By: /s/ *Janea J. Hawkins*
Janea J. Hawkins (DC Bar No. 1025600)
**JACKSON LEWIS P.C.**
10701 Parkridge Blvd., Suite 300
Reston, VA  20191
Phone: (703) 483-8300
Fax:    (703) 483-8301
Janea.Hawkins@jacksonlewis.com

*Counsel for Defendants Washington Regional Association of Grantmakers, Nicola Goren, Kelly Lynch, Hanh Le, and Gretchen Greiner-Lott*

3