# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADYE HENSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 1:20-cv-02043-DLF |
| WASHINGTON REGIONAL ASSOCIATION OF GRANTMAKERS | ) ) ) |
| Defendant. | ) ) ) |

## JOINT STATUS REPORT

Plaintiff Madye Henson ("Plaintiff") and Defendant Washington Regional Association of Grantmakers, (collectively the "Parties"), by their undersigned attorneys, file this status report pursuant to the Minute Order granting the Parties' Joint Motion to Stay Proceedings entered by the Honorable Dabney L. Friedrich on March 31, 2021.

Since this matter has been stayed, the Parties have reached agreement to settle the case. The Parties expect to finalize settlement and file a joint stipulation of dismissal with prejudice within the next 30 days if not sooner.

Jointly submitted on this 24th day of June, 2021.


Dated: June 24, 2021                     Respectfully submitted,

By: /s/ Derek S. Sells*
Derek S. Sells (DC Bar No. 420398)
Tracey L. Brown (DC Bar No. 450898)
**THE COCHRAN FIRM**
55 Broadway, 23rd Floor
New York, NY 10006
Phone: (212) 553-9215
Fax:    (212) 227-8763
Dsells@cochranfirm.com
Tbrown@cochranfirm.com

*Counsel for Plaintiff Madye Henson*

*\*Signed by Janea J. Hawkins
 with permission of Derek S. Sells*

By: /s/ *Janea J. Hawkins*
John M. Remy (DC Bar No. 461244)
Janea J. Hawkins (DC Bar No. 1025600)
**JACKSON LEWIS P.C.**
10701 Parkridge Blvd., Suite 300
Reston, VA  20191
Phone: (703) 483-8300
Fax:    (703) 483-8301
John.Remy@jacksonlewis.com
Janea.Hawkins@jacksonlewis.com

*Counsel for Defendant Washington
Regional Association of Grantmakers*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2021, a true and correct copy of the foregoing *Joint Status Report* was electronically served on:

Derek S. Sells, Esq. (DC Bar No. 420398)
Tracey L. Brown, Esq. (DC Bar No. 450898)
**THE COCHRAN FIRM**
55 Broadway, 23rd Floor
New York, NY 10006
Phone: (212) 553-9215
Fax: (212) 227-8763
Dsells@cochranfirm.com
Tbrown@cochranfirm.com

*Counsel for Plaintiff Madye Henson*

By:   /s/ *Janea J. Hawkins*
Janea J. Hawkins (DC Bar No. 1025600)
**JACKSON LEWIS P.C.**
10701 Parkridge Blvd., Suite 300
Reston, VA  20191
Phone: (703) 483-8300
Fax:    (703) 483-8301
Janea.Hawkins@jacksonlewis.com

*Counsel for Defendant Washington Regional Association of Grantmakers*

4816-1306-2640, v. 1

3